IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
~~GULFPORT~~ DIVISION
Southern



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 17 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

IN RE: *EX PARTE* APPLICATION OF ) CASE NO.: 1:19mc405 LG-RHW
LAURA ZÚNIGA CÁCERES, BERTHA )
ZÚNIGA CÁCERES, AND SALVADOR )
ZÚNIGA CÁCERES FOR ASSISTANCE )
BEFORE A FOREIGN TRIBUNAL )
_____ )

*EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR DISCOVERY FOR USE IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782

Amelia S. McGowan, MSB# 103610
MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215
Telephone: (769) 230-8003
Facsimile: (601) 352-4769
Email: amcgowan@mscenterforjustice.org

OF COUNSEL:
Leo P. Cunningham, *Pro Hac Vice Forthcoming*
Ralitza S. Dineva, *Pro Hac Vice Forthcoming*
Sean P. Killeen, *Pro Hac Vice Forthcoming*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: lcunningham@wsgr.com
       rdineva@wsgr.com
       skilleen@wsgr.com

Roxanna Altholz, *Pro Hac Vice Forthcoming*
INTERNATIONAL HUMAN RIGHTS LAW
CLINIC, UNIVERSITY OF CALIFORNIA
BERKELEY
489 Simon Hall,
Berkeley, California 94720
Telephone: (510) 643-8781
Facsimile: (510) 643-4625
Email: raltholz@law.berkeley.edu

*Attorneys for Applicants
Laura Zúniga Cáceres, Bertha Zúniga Cáceres,
and Salvador Zúniga Cáceres*

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE: On July 17, 2019, Laura Yolanda Zúniga Cáceres, Bertha Isabel Zúniga Cáceres, and Salvador Edgardo Zúniga Cáceres (together, "Applicants") hereby present an *ex parte* application seeking document discovery from Hancock Whitney Bank for use in a foreign tribunal pursuant to 28 U.S.C. § 1782 (the "Application").

Applicants' request is based on this Application, the Memorandum of Points and Authorities in support thereof, the Declaration of Ralitza S. Dineva with exhibits, and any other evidence submitted by Applicants.

Dated: July 17, 2019

Respectfully submitted,

By: /s/ Amelia S. McGowan
Amelia S. McGowan

MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham
Ralitza S. Dineva
Sean Killeen
650 Page Mill Road
Palo Alto, California 94304-1050

INTERNATIONAL HUMAN RIGHTS LAW
CLINIC, UNIVERSITY OF CALIFORNIA
BERKELEY
Roxanna Altholz
489 Simon Hall,
Berkeley, California 94720

*Attorneys for Applicants
Laura Zúniga Cáceres, Bertha Zúniga
Cáceres, and Salvador Zúniga Cáceres*