AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 17 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

In re: EX PARTE App. of Laura Zúniga Cáceres, et al. )
*Plaintiff* )
v. )  Case No. 1:19mc405 LG RHW
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres

Date: 07/17/2019

*/s/ Amelia S. McGowan*
*Attorney's signature*

Amelia S. McGowan (MSB 103610)
*Printed name and bar number*
Mississippi Center for Justice
5 Old River Pl., Ste. 203
Jackson, MS 39202

*Address*

amcgowan@mscenterforjustice.org
*E-mail address*

(769) 230-8003
*Telephone number*

*FAX number*