# EXHIBIT 8

MINISTERIO PÚBLICO
REPÚBLICA DE HONDURAS

*Fiscalía Especial De Delitos Contra La Vida*

EXP 04-2018

**SE PRESENTA REQUERIMIENTO FISCAL.- SE LIBREN ORDENES DE CAPTURA Y ALERTA MIGRATORIA.- SE IMPONGA MEDIDA CAUTELAR DE DETENCION JUDICIAL.- SE SOLICITA SEÑALAMIENTO DE FECHA Y HORA PARA LA CELEBRACIÓN DE AUDIENCIA INICIAL.- SE PRESENTAN DOCUMENTOS.**

Señor Juez de Letras con Competencia Territorial Nacional en Materia Penal

**EL MINISTERIO PÚBLICO**, a través de sus Agentes de Tribunales Melissa Aguilar, mayor de edad, casada, hondureña, Abogada con colegiación 9986, David Ismael Salgado, mayor de edad, hondureño, casado, Abogado con colegiación 15445 y Javier Eduardo Núñez Flores, Abogado, casado, con colegiación 14232 de este domicilio y señalando lugar para citaciones y notificaciones las oficinas ubicadas enEdificio Anexo Banco Central, entre 5ta. y 6ta. y 11 y 12 calle del Barrio Concepción, Comayagüela M.D.C., actuando en representación, defensa y protección de los intereses generales de la sociedad, comparecemos respetuosamente presentando **Requerimiento Fiscal** en contra de **ROBERTO DAVID CASTILLO MEJÍA**, por suponerlo responsable a título de autor intelectual del delito de **ASESINATO**, en perjuicio de **BERTHA ISABEL CACERES FLORES;** En base a los hechos y consideraciones legales siguientes:

**DATOS DEL IMPUTADO**

El imputado responde al nombre de **ROBERTO DAVID CASTILLO MEJÍA,** con Tarjeta de Identidad No. 0501-1980-06719, mayor de edad, hondureño, Ingeniero Eléctrico, Empresario, con domicilio en la Colonia Lomas del Guijarro Sur, calle Londres de esta Ciudad de Tegucigalpa.

E(9)

*Fiscalía Especial De Delitos Contra La Vida*

**RELACION SUCINTA DE LOS HECHOS**

**PRIMERO:** El día dos de marzo del año dos mil dieciséis, la ofendida**Bertha Isabel Cáceres Flores,** se encontraba en compañía del **Testigo Protegido ABC-03-03-2016,** en su casa de habitación cita en la Colonia El Líbano del Municipio de La Esperanza, Intibucá, cuando aproximadamente a las 11:35 de la noche los imputados **Henry Javier Hernández, Elvin Heliberto Rápalo Orellana y Oscar Aroldo Velásquez,** (Contra quienes está próximo a celebrarse audiencia de juicio oral y público) ingresaron violentando la puerta trasera de la vivienda, inmediatamente se dirigieron a las habitaciones y dando puntapiés a sus puertas, lograron abrir el dormitorio donde se encontraba la ofendida **Bertha Isabel Cáceres Flores** quien al escuchar el ruido provocado por los imputados preguntó "Quien anda allí", inmediatamente tratando de evitar el ataque empujaba la puerta tratando de cerrarla, mientras uno de ellos logro ingresar y disparar con el arma de fuego que portaba a la ofendida **Bertha Isabel CáceresFlores**, quien de inmediato cayó al suelo quedando gravemente lesionada debido a que los disparos provocaron daños a órganos vitales importantes causando su muerte.

**SEGUNDO:** La ofendida **Bertha Isabel Cáceres Flores,** quien en vida fue defensora de Derechos Humanos y Ambientalista, quien desarrollaba sus labores a través del Consejo Cívico de Organizaciones Populares e Indígenas de Honduras **(COPINH),** que desde los inicios de la construcción del Plantel Hidroeléctrico Agua Zarca propiedad de la Sociedad Mercantil Desarrollos Energéticos S.A. (**DESA)**, ubicado entre los departamentos de Intibucá y Santa Bárbara, se oponían y protestaban constantemente, por considerar que la ejecución del proyecto provocaba daños al medio ambiente, resultando además perjudicada la economía de los pueblos indígenas de la zona. Las

F(10)

*Fiscalía Especial De Delitos Contra La Vida*

manifestaciones lideradas por la ofendida **Bertha Isabel Cáceres Flores**, en su momento lograron la perdida de financiamiento extranjero que paralizó la construcción del proyecto en su ubicación original, y se cambió su sitio de los departamentos de Intibucá y Santa Bárbara hacia la comunidad de San Francisco de Ojuera, en el departamento de Santa Bárbara, en donde actualmente se ejecutan las obras, lo que llevo a generar grandes pérdidas a los socios de dicha empresa.

**TERCERO:** Según las investigaciones efectuadas por la Agencia Técnica de Investigación Criminal (ATIC) señalan que el imputado **Roberto David Castillo Mejía** en ese momento fungía como Presidente de la Empresa de Desarrollo Energéticos S. A. (**DESA**), quien además es **ex miembro del Ejército**, en el mes de octubre del año dos mil quince (2015), crea un grupo de conversación de WhatsApp, en el que se incluían a altos ejecutivos de dicha empresa, así como al Jefe de Seguridad, al imputado **Sergio Ramón Rodríguez Orellana** (Contra quienes está próximo a celebrarse audiencia de juicio oral y público), quien en ese momento era el Gerente Ambiental y Social, entre otros. De los datos contenidos en las conversaciones realizadas por miembros de ese grupo de WhatsApp, expresan la necesidad de controlar la información sobre la seguridad del embalse, en relación a las acciones que realizaba la Organización que lideraba la ofendida **Bertha Isabel Cáceres Flores**, a fin de contrarrestarlas y de conocer los planes y actividades que estos iban a realizar como protestas por la construcción del Proyecto Hidroeléctrico; así las cosas, el señor **Sergio Ramón Rodríguez Orellana,** en fecha 29 de Octubre del año 2015 escribió al grupo de WhatsApp, **"Es evidente que mientras no llegue Tomas o Bertha el movimiento se debilita y hay poca convocatoria. De allí que contra ellos es que debemos también encaminar acciones."** Comienza entonces, **ROBERTO DAVID CASTILLO** a realizar acciones concretas y se comunica con el imputado **Douglas Geovanny Bustillo,**

f(11)

*Fiscalía Especial De Delitos Contra La Vida*

su ex compañero de armas en las Fuerzas Armadas y quien además había trabajado como Jefe de Seguridad del Plantel de la Represa, para que éste último comenzara a realizar acciones para ubicar a las personas idóneas para dar muerte a la ofendida **Bertha Isabel Cáceres Flores.** Por lo que desde el mes de noviembre del 2015, se realizan una serie de comunicaciones entre los imputados **Douglas Geovanny Bustillo, Roberto David Castillo Mejía y Sergio Ramón Rodríguez Orellana,** desprendiéndose que el imputado Bustillo se comunicó con el coimputado **Mariano Díaz Chávez,** para obtener armas y personas con quienes cometer el hecho, es así que se contacta con otro de los imputados **Henry Javier Hernández Rodríguez, quien junto al imputado Douglas Geovanny Bustillo** se desplazaron a la ciudad Intibucá, para realizar la ubicación y seguimiento de la ofendida **Bertha Isabel Cáceres Flores**, vigilancias que fueron realizadas en los meses de enero y febrero del año 2016, meses durante los cuales el imputado **Douglas Geovanny Bustillo** pedía a **Roberto David Castillo Mejía** que se efectuara un adelanto del 50% del pago pactado y le dice que esté preparado que en cualquier momento puede ser que ocurra, posteriormente le indica que necesita obtener logística. Además durante la investigación ha quedado de manifiesto que el imputado **Roberto David Castillo Mejía** recibió informes de parte del imputado **Douglas Geovanny Bustillo** sobre las ubicaciones y sobre el aborto de la misión en el mes de febrero, fechas en las que se encontraban en Intibucá los autores materiales del hecho.

<u>CUARTO</u>: Asimismo el imputado **Douglas Geovanny Bustillo**, el día 03 de marzo del año 2016, realizó varias llamadas al imputado **Roberto David Castillo Mejía,** horas después de haberse perpetrado el crimen en contra de la ambientalista, evidenciándose las comunicaciones entre los autores materiales, Douglas Bustillo como intermediario y el señor Roberto David Castillo.



F(12)

*Fiscalía Especial De Delitos Contra La Vida*

## PRECEPTOS JURIDICOS APLICABLES AL DELITO QUE SE IMPUTA

La conducta del imputado **Roberto David Castillo Mejía**, se subsume en el tipo penal de **Asesinato,** de conformidad a lo establecido en el artículo 117numeral 1 y 2, último párrafo, del Código Penal Vigente y su participación a título de autor por inducción de conformidad a lo que establece la normativa penal en su artículo 32.

## PRUEBAS QUE ACREDITAN LA EXISTENCIA DEL DELITO Y LA PÀRTICIPACION DEL IMPUTADO EN EL MISMO

**1.** Acta de Levantamiento de cadáver de la ofendida **Bertha Isabel Cáceres Flores**, con la que se acredita los hallazgos de la escena.

**2.** Dictamen de Autopsia No. 371-2016, practicada a la occisa **Bertha Isabel Cáceres Flores**, realizada por la Doctora Etelinda López.

**3.** Actas levantadas al momento de realizarse mediante orden judicial de Allanamiento de Morada, en las viviendas de los imputados **Douglas Geovanny Bustillo y Sergio Ramón Rodríguez Orellana,** así como en las oficinas de la empresa de **Desarrollos Energéticos S.A. (DESA).**

**4.** Acta de decomiso del teléfono celular marca Samsung color dorado, propiedad del imputado **Sergio Ramón Rodríguez Orellana**.

**5.** Dictámenes de Extracción Telefónica**No. 161-2016, 166-2016, 167-2016.** Emitidos por el perito **David Amador** de la Agencia Técnica de Investigación Criminal **(ATIC).**

**6.** Dictamen Preliminar de Vinculación Telefónica emitido por la perito **Brenda Karina Barahona,** de la Dirección Nacional de Investigación e Inteligencia**(DNII).**

MINISTERIO PÚBLICO
REPÚBLICA DE HONDURAS

F(13)

*Fiscalía Especial De Delitos Contra La Vida*

**FUNDAMENTOS DE DERECHO**

Fundamento la presente en los Artículos: 80, 90 de la Constitución de la República; 32, 117 numerales 1 y 2, último párrafo del Código Penal Vigente; 5, 8, 172 numerales 1 y 2, 173 numeral 3, 178 numerales 1, 2 y 4, 179 numerales 1, 2, 4, 184 numeral 2, 285 numeral 3, 292, 293, 445 del Código Procesal Penal.

***PETICION CONFORME A DERECHO***

Por todo lo anteriormente expuesto solicito que se tenga por presentado el escrito de Requerimiento Fiscal, junto a los documentos que se acompañan, que el mismo sea admitido, se libre cuantas ordenes de captura sean necesarios para aprehender al imputado **ROBERTO DAVID CASTILLO MEJÍA**, se libre Alerta Migratoria prohibiendo su salida del país, una vez puesto a la orden del imputado se reciba su declaración indagatoria, se imponga la medida Cautelar de Detención Judicial y se señale fecha y hora para la celebración de la audiencia inicial.

Tegucigalpa, MDC., 1 de Marzo de 2018.

MINISTERIO PÚBLICO
REPÚBLICA DE HONDURAS
FISCALIA ESPECIAL DE DELITOS
CONTRA LA VIDA

MINISTERIO PÚBLICO
REPÚBLICA DE HONDURAS
FISCALIA ESPECIAL DE DELITOS
CONTRA LA VIDA

Presentado el dia 01 de Marzo

Del año 2018 siendo las 9:00 a.m.

Observaciones Recibido el Requerimiento Fiscal juntamente con la documentación que le acompaña.

JUZGADO DE LETRAS CON COMPETENCIA TERRITORIAL NACIONAL EN MATERIA PENAL SECRETARIA HONDURAS, C.A.

[seal:] NATIONAL TERRITORIAL SECRETARIAT FOR CRIMINAL AFFAIRS -JURISDICTIONAL TRIAL COURT - HONDURAS. C.A. [Central America] [signature]

[hw:] *F(8)*

# PUBLIC PROSECUTOR'S OFFICE

REPUBLIC OF HONDURAS

*Special Office of the Prosecutor General for Crimes Against Life*

[stamp:] TRIAL COURT WITH NATIONAL TERRITORIAL JURISDICTION FOR CRIMINAL AFFAIRS MAR. 1, 2018 [signature] [stamp:] RECEIVED

**CASE 04-2018**

**PROSECUTION ORDER IS FILED.- WARRANT AND MIGRATORY ALERT ORDERS ISSUED.- PRECAUTIONARY MEASURE FOR COURT-ORDERED DETENTION IMPOSED.- SCHEDULED DATE AND TIME OF INITIAL HEARING REQUESTED.- DOCUMENTS PRESENTED.**

Dear Trial Judge with National Territorial Jurisdiction for Criminal Affairs

**WE OF THE OFFICE OF THE PROSECUTOR GENERAL,** through its Court Agents Melissa Aguilar, of legal age, married, Honduran, attorney with Bar No. 9986, David Ismael Salgado, of legal age, Honduran, married, attorney with Bar No. 15445, and Javier Eduardo Núñez Flores, attorney, married, with Bar No. 14232, of this domicile and indicating the address for service and notifications at the offices located at Edificio Anexo Banco Central [Central Bank Annex Building], between calle 5th and 6th and 11th and 12th, Barrio [Neighborhood] Concepción, Comayagüela, M.D.C. (*Muncipio del Distrito Central* [Municipality in the Central District]), acting in the representation, defense and protection of the general interests of society, appear to respectfully present a **Prosecution Order** against **ROBERTO DAVID CASTILLO MEJÍA,** for holding him responsible as the intellectual author of the crime of **MURDER,** against **BERTHA ISABEL CACERES FLORES;** Based on the following facts and legal considerations:

## DATA OF THE ACCUSED

The accused responds to the name **ROBERTO DAVID CASTILLO MEJÍA,** with Identity Card No. 0501-1980-06719, of legal age, Honduran, electrical engineer, businessman, with registered address at Colonia Lomas del Guijarro Sur, calle Londres, in this City of Tegucigalpa.

**PUBLIC PROSECUTOR'S OFFICE**
REPUBLIC OF HONDURAS

[hw:] *F(9)*

*Special Office of the Prosecutor General for Crimes Against Life*

## SPECIFIC DETAILS OF EVENTS

**FIRST:** On March second, two thousand six, the victim **Bertha Isabel Cáceres Flores** was found in the company of **Protected Witness ABC-03-03-2016,** at her home in Colonia El Líbano, Municipality of La Esperanza, Intibucá, when at approximately 11:35 p.m., the accused **Henry Javier Hernández, Elvin Heliberto Rápalo Orellana and Oscar Aroldo Velásquez** (against whom an oral and public hearing will soon be held) violently entered the back door of the house, immediately heading toward the bedrooms and kicking down the doors. They were able to open the bedroom where the victim **Bertha Isabel Cáceres Flores** was located, who hearing the noise caused by the accused asked "Who's there?" and immediately tried to prevent the attack by pushing the door to try to close it. One of them [the accused] was able to get inside and discharge the weapon he was carrying at the victim **Bertha Isabel Cáceres Flores,** who immediately fell to the floor, fatally wounded as the shots caused damage to significant vital organs causing her death.

**SECOND:** The victim **Bertha Isabel Cáceres Flores**, who while alive was a human rights advocate and environmentalist, worked through the Civic Council of Popular and Indigenous Organizations of Honduras **(COPINH** [*Consejo Cívico de Organizaciones Populares e Indígenas de Honduras*]**),** and since the start of construction on the Agua Zarca Hydroelectric Plant by the Corporation Desarrollos Energéticos S.A. **(DESA),** located between the departments of Intibucá and Santa Bárbara, constantly opposed it and protested as she believed that the execution of the project was causing environmental damage, and thus the economy of the indigenous peoples in the area was suffering. The rallies



PUBLIC
PROSECUTOR'S OFFICE
REPUBLIC OF HONDURAS

[hw:] *F(10)*

*Special Office of the Prosecutor General for Crimes Against Life*

led by the victim **Bertha Isabel Cáceres Flores** at the time brought about loss of foreign financing, which paralyzed construction of the project at its original location, and its site was changed from the departments of Intibucá and Santa Bárbara to the community of San Francisco de Ojuera, in the department of Santa Bárbara, where the work is currently being carried out, which thus generated huge losses for the shareholders of said company.

**THIRD:** According to investigations carried out by the Criminal Investigation Technical Agency (ATIC [*Agencia Técnica de Investigación Criminal*]), they indicate that the accused **Roberto David Castillo Mejía** was at that time serving as President of the Company Desarrollo Energéticos S.A. **(DESA),** who is also a **former member of the Army.** In the month of October of two thousand fifteen (2015), he created a conversation group on WhatsApp, which included senior executives from that company, such as the Head of Security, the accused **Sergio Ramón Rodríguez Orellana** (against whom an oral and public hearing will soon be held), who at that time was the Environmental and Social Manager, among others. From the content of the conversations of members of that WhatsApp group, they express a need to control information about the dam's security, as related to the actions taken by the Organization led by the victim **Bertha Isabel Cáceres Flores** so as to counteract them and learn of the plans and activities they were going to carry out in protest of the construction of the Hydroelectric Project; this being the case, Mr. **Sergio Ramón Rodríguez Orellana**, on October 29, 2015, wrote to the WhatsApp group: **"It is evident that as long as Tomas or Bertha do not arrive, the movement is weakened and there is little following. They are the ones we should begin to take action against."** So, **ROBERTO DAVID CASTILLO** begins to take specific actions and contacts the accused **Douglas Geovanny Bustillo,** his former comrade in the Armed Forces and who



PUBLIC
PROSECUTOR'S OFFICE
REPUBLIC OF HONDURAS

[hw:] *F(11)*

*Special Office of the Prosecutor General for Crimes Against Life*

had also worked as the Head of Security of the Dam Plant, so that this man could begin to take actions to find suitable people to murder the victim, **Bertha Isabel Cáceres Flores.** Therefore, from the month of November 2015, a series of communications took place between the accused, **Douglas Geovanny Bustillo, Roberto David Castillo Mejía and Sergio Ramón Rodríguez Orellana**, from which it is deduced that the accused Bustillo communicated with the co-accused **Mariano Díaz Chávez** to procure weapons and people to commit the act; that is how he made contact with another of the accused, **Henry Javier Hernández Rodríguez, who, along with the accused Douglas Geovanny Bustillo,** who left the city of Intibucá to determine the location and to track the victim, **Bertha Isabel Cáceres Flores,** surveillance that took place in the months of January and February 2016, months during which the accused **Douglas Geovanny Bustillo** asked **Roberto David Castillo Mejía** to pay an advance of 50% of what was agreed and he told him he is prepared, that it could happen at any time, then he indicated that he needed logistics. Furthermore, during the investigation it has become clear that the accused **Roberto David Castillo Mejía** received reports from the accused **Douglas Geovanny Bustillo** about the locations and about aborting the mission in February, dates on which the material authors of the crime were in Intibucá.

**FOURTH:** Likewise, the accused **Douglas Geovanny Bustillo**, on March 3, 2016, made several calls to the accused **Roberto David Castillo Mejía** hours after the crime had been perpetrated against the environmentalist, showing evidence of communications between the material authors, Douglas Bustillo as intermediary and Mr. Roberto David Castillo.

**PUBLIC PROSECUTOR'S OFFICE**
REPUBLIC OF HONDURAS
*Special Office of the Prosecutor General for Crimes Against Life*

[hw:] *F(12)*

## LEGAL PRECEPTS APPLICABLE TO THE CRIME BEING CHARGED

The conduct of the accused, **Roberto David Castillo Mejía,** takes on a criminal term of **Murder**, pursuant to what is established in Article 117, numerals 1 and 2, last paragraph, of the Penal Code in force and his participation as an accessory pursuant to what is established in the penal code, in article 32.

## EVIDENCE TO VERIFY THE EXISTENCE OF THE CRIME AND THE PARTICIPATION OF THE ACCUSED

**1.** Body removal report for the victim **Bertha Isabel Cáceres Flores**, used to verify the findings at the scene.

**2.** Autopsy Report No. 371-2016, carried out on the deceased **Bertha Isabel Cáceres Flores** by Doctor Etelinda López.

**3.** Records made when the legal order of Search and Seizure was carried out at the homes of the accused, **Douglas Geovanny Bustillo and Sergio Ramón Rodríguez Orellana,** as well as at the offices of the company **Desarrollos Energéticos S.A. (DESA).**

**4.** Record of confiscation of cellular telephone, brand Samsung, color gold, property of the accused **Sergio Ramón Rodríguez Orellana.**

**5.** Telephone Extraction Reports **No. 161-2016, 166-2016, 167-2016.** Issued by expert witness **David Amador** of the Criminal Investigation Technical Agency **(ATIC).**

**6.** Preliminary Telephone Affiliation Report issued by expert witness **Brenda Karina Barahona** of the National Directorate of Investigation and Intelligence **(DNII** [*Dirección Nacional de Investigación e Inteligencia*]**).**

## LEGAL GROUNDS

The present is based on Articles: 80, 90 of the Constitution of the Republic; 32, 117 numerals 1 and 2, last paragraph of the Penal Code in force; 5, 8, 172 numerals 1 and 2, 173 numeral 3, 178 numerals 1, 2 y 4, 179 numerals 1, 2, 4, 184 numeral 2, 285 numeral 3, 292, 293, 445 of the Code of Criminal Procedure.

## *PETITION ACCORDING TO LAW*

Based on the statements made above, I request that this Prosecution Order writ be considered filed, along with the accompanying documents, that it be admitted, that as many arrest warrants as necessary be issued to apprehend the accused **ROBERTO DAVID CASTILLO MEJÍA**, that a Migratory Alert be issued prohibiting him from leaving the country, that once the accused is in custody his initial statement be received, that a precautionary measure for court-ordered detention be imposed and that the date and time for the initial hearing be scheduled.

Tegucigalpa, MDC, March 1, 2018.

[stamp:] **PUBLIC PROSECUTOR'S OFFICE REPUBLIC OF HONDURAS SPECIAL OFFICE OF THE PROSECUTOR GENERAL FOR CRIMES AGAINST LIFE**
[signature]

[stamp:] **PUBLIC PROSECUTOR'S OFFICE REPUBLIC OF HONDURAS SPECIAL OFFICE OF THE PROSECUTOR GENERAL FOR CRIMES AGAINST LIFE**
[signature]

[stamp:] **PUBLIC PROSECUTOR'S OFFICE REPUBLIC OF HONDURAS SPECIAL OFFICE OF THE PROSECUTOR GENERAL FOR CRIMES AGAINST LIFE**
[signature]

| | | | |
|---|---|---|---|
| Served on day | [hw:] *01* | of | [hw:] *Mar 20* |
| Of year | [hw:] *2018* | at | [hw:] *9:00 a.m.* |
| Remarks | [hw:] [illegible] *the Prosecution Order along with the accompanying documentation* | | |
| | | | |

[seal:] NATIONAL TERRITORIAL SECRETARIAT FOR CRIMINAL AFFAIRS -JURISDICTIONAL TRIAL COURT - HONDURAS. C.A.
[signature]



City of New York, State of New York, County of New York

I, Jordan Johnson, hereby certify that the document "Ministerio Publico Requirimiento Fiscal – Castillo" is to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Jordan Johnson

Sworn to before me this
June 21, 2019

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE
56