# EXHIBIT 10

# realtor.com®

Buy  Sell  Rent  Mortgage  Find Realtors®  My Home  News & Insights

Southside Place, TX

‹ Back

Texas > Harris County > Southside Place > 3735 Jardin St

Presented by: **Terry Tompkins** with **Abundant Living Real Estate**



New  Home For Rent

📷 2 / 46

Get a Free Moving Quote

**$8,500** /mo

Moving? See TV & Internet Offers

Map

**5**
beds

**5** full,
**1** half baths

**5,073**
sq ft

Commute Time  **3735 Jardin St**, Southside Place, TX 77005

79



3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

80

1 / 46



3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

81

2 / 46



♡ Save this

3735 Jardin St, Southside Place • $8,500
5 beds • 5 full, 1 half baths • 5,073 sq ft

82

3 / 46



3735 Jardin St, Southside Place • $8,500
5 beds • 5 full, 1 half baths • 5,073 sq ft

Save this

4 / 46

83

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

6 / 46

85



3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

87

8 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

88

9 / 46

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

♡ Save th

89

♡ Save this

**3735 Jardin St, Southside Place** • **$8,500**
**5** beds • **5** full, **1** half baths • **5,073** sq ft

11 / 46

90

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

12 / 46

91

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

13 / 46

92

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

♡ Save this

14 / 46

93

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

♡ Save this

94

15 / 46

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

95

16 / 46

3735 Jardin St, Southside Place · $8,500
**5** beds · **5** full · **1** half baths · **5,073** sq ft

96

17 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

97

18 / 46

3735 Jardin St, Southside Place • $8,500
5 beds • 5 full, 1 half baths • 5,073 sq ft

♡ Save this

19 / 46

98

♡ Save this



3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

20 / 46

99

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

100

21 / 46

3735 Jardin St, Southside Place • $8,500
**5** beds • **5** full, **1** half baths • **5,073** sq ft

101

22 / 46

♡ Save

**3735 Jardin St, Southside Place · $8,500**
**5** beds · **5** full, **1** half baths · **5,073** sq ft

23 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

♡ Save this

103

24 / 46

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

104

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

105

26 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

27 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

28 / 46

107

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

108

29 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

30 / 46

3735 Jardin St, Southside Place · $8,500
**5** beds · **5** full, **1** half baths · **5,073** sq ft

31 / 46

110

Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

32 / 46

111

3735 Jardin St, Getting Started
5 beds · 5 full, 1 half baths · 5,073 sqft

♡ Save this

https://www.mozilla.org/en-US/firefox/central/

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

113

♡ Save th

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

114

35 / 46

Save this



3735 Jardin St, Southside Place · $8,500

**5** beds · **5** full, **1** half baths · **5,073** sq ft

115

36 / 46

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

116

37 / 46

♡ Save this

3735 Jardin St, Southside Place · $8,500
**5** beds · **5** full, **1** half baths · **5,073** sq ft

117

38 / 46

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

118

39 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

Save this

119

40 / 46

♡ Save this

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

41 / 46

120

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

121

42 / 46



Save this

Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

122

43 / 46

3735 Jardin St, Southside Place · $8,500
5 beds · 5 full, 1 half baths · 5,073 sq ft

♡ Save th

44 / 46



Save this

3735 Jardin St, Southside Place · $8,500

5 beds · 5 full, 1 half baths · 5,073 sq ft

45 / 46

124



3735 Jardin St, Southside Place · $8,500

**5** beds · **5** full, **1** half baths · **5,073** sq ft

46 / 46

125