\* Applicant seeks filing fee waiver pursuant to L.U. Civ. R. 83.1(d)(2015). He is providing legal services to his clients on a pro bono basis and, for this case, is associating with the Mississippi Center for Justice, a non-profit legal services provider in Mississippi.

FORM 6 (ND/SD MISS. DEC. 2015)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL

Plaintiff

**CIVIL ACTION**
NO. 1:19-mc-00405-LG-RHW

v.

Defendant

**APPLICATION FOR ADMISSION PRO HAC VICE**

**(A)** Name: Leo Cunningham

Firm Name: Wilson Sonsini Goodrich & Rosati, P.C.

Office Address: 650 Page Mill Road

City: Palo Alto  State CA  Zip 94304

Telephone: (650) 493-9300  Fax: (650) 565-5100

E-Mail: LCunningham@wsgr.com

**(B)** Client(s): Bertha, Laura, and Salvador Zúniga Cáceres

Address: Colonia Cacil, S/N

City: La Esperanza  State Intibuca  Zip Honduras

Telephone: (504) 9619-6966  Fax:

The following information is optional:

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:



☑  State of California

☑  District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State Bar of California-San Francisco
180 Howard Street
San Francisco, CA 94105
415-538-2000
www.calbar.ca.gov

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|

Please see attachment.

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⊙ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ⊙ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⊙ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⊙ |

3

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?

Yes ◯  No ⦿

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | N/A | N/A |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | N/A |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   **Yes** ☒  No ☐

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   **Yes** ☒  No ☐

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Amelia S. McGowan (Bar #103610)

Firm Name:   Mississippi Center for Justice

Office Address:   5 Old River Place, Suite 203 (39202), P.O. Box 1023

City: Jackson    State: MS    Zip: 39215-1023

Telephone: (769) 230-8003    Fax: (601) 352-4769

Email address: amcgowan@mscenterforjustice.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

7-12-2019
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

### CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 18th day of July, 2019.

_____
Resident Attorney

## Attachment- Subsection C

## Leo P. Cunningham

| ADMITTED TO THE BAR IN THESE STATES | BAR # | ADMITTED |
|---|---|---|
| California State Bar | 121605 | 12/10/1985 |

| ADMITTED TO PRACTICE IN THESE COURTS | DATE ADMITTED |
|---|---|
| United States District Court, Northern District of California | 12/10/1985 |
| United States District Court, Central District of California | 7/14/1997 |
| United States District Court, Southern District of California | 08/23/2012 |
| United States District Court, District of Colorado | 10/24/1997 |
| United States Court for Appeals for the Second Circuit | 04/17/2009 |
| United States Court of Appeals for the Ninth Circuit | 4/30/1987 |
| United States Court of Appeals for the Eleventh Circuit | 02/13/2004 |
| United States Court of Appeals for the District of Columbia Circuit U.S. Court of Appeals, D.C. Circuit | 6/15/2010 |
| United States Tax Court | 11/26/1997 |
| United States District Court, Western District of Texas | 11/10/2000 |

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

July 8, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LEO PATRICK CUNNINGHAM, #121605 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records