UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: EX PARTE APPLICATION OF
LAURA ZUNIGA CACERES,
BERTHA ZUNIGA CACERES, AND
SALVADOR ZUNIGA CACERES
FOR ASSISSTANCE BEFORE A
FOREIGN TRIBUNAL

CIVIL ACTION NO. 1:19MC405-LG-RHW

## ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

The Court has considered the Motions to Appear Pro Hac Vice filed on behalf of Applicants Laura Zuniga Caceres, Bertha Zuniga Caceres, and Salvador Zuniga Caceres and attorneys Leo Cunningham, Ralitza S. Dineva, Sean Killeen, and Roxanna Altholz and finds the motions to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motions to Appear Pro Hac Vice are hereby granted. Leo Cunningham, Ralitza S. Dineva, Sean Killeen, and Roxanna Altholz shall be admitted to serve as co-counsel for Applicants. Counsel is directed to complete registration for electronic filing as a condition of pro hac vice admission. The attorneys indicate they are providing legal services on a pro bono basis and have associated themselves with the Mississippi Center for Justice, a non-profit legal services provider. Accordingly, pursuant to Local Rule 83.1(d)(5)(A), the Court finds they are not required to pay the pro hac vice admission fee.

SO ORDERED AND ADJUDGED, this the 25th day of July 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE