IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  EX PARTE APPLICATION OF LAURA ZUNIGA CACERES, BERTHA ZUNIGA CACERES, AND SALVADOR ZUNIGA CACERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO. 1:19MC405-LG-RHW |

### NOTICE OF APPEARANCE AND REQUEST TO BE HEARD RE EX PARTE APPLICATION OF LAURA ZUNIGA CACERES, BERTHA ZUNIGA CACERES, AND SALVADOR ZUNIGA CACERES FOR DISCOVERY FOR USE IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782

Randy Papetti, Jared Sutton, and Jennifer Lee-Cota of the law firm of Lewis Roca Rothgerber Christie LLP, along with local counsel, B. Wayne Williams and Norma Carr Ruff of the law firm of WEBB SANDERS & WILLIAMS, PLLC, represent Tanya Romero-Baca, Roberto David Castillo Mejia's wife, whose rights and interests are directly affected by the ex parte application seeking document discovery from Hancock Whitney Bank for use in a foreign tribunal pursuant to 28 U.S.C. § 1782 (the "Application"). [Docs. 1, 2]  Undersigned counsel hereby enters their appearance in this case.  Mr. Papetti, Mr. Sutton, and Ms. Lee-Cota are submitting their pro hac vice application pursuant to L. U. Civ. R 83.1(d) and will enter a formal appearance when the applications have been granted by the Court.

Counsel only learned about the ex parte Application from an inquiry by an investigative journalist after the notice and supporting memorandum [Docs. 1, 2] were filed.  Counsel requests an opportunity to be heard on the Application seeking discovery from Hancock Whitney Bank and respectfully request 14 days from the filing of this notice to file a response to the Application.

RESPECTFULLY SUBMITTED, this the 5th day of August, 2019.

                           WEBB SANDERS & WILLIAMS, P.L.L.C.
                           363 NORTH BROADWAY
                           POST OFFICE BOX 496
                           TUPELO, MISSISSIPPI 38802
                           TELEPHONE: (662) 844-2137
                           B. WAYNE WILLIAMS, MSB #9769
                           wwilliams@webbsanders.com
                           NORMA CARR RUFF, MSB #5721
                           nruff@webbsanders.com

BY:   /s/ B. Wayne Williams
        B. WAYNE WILLIAMS

                **Attorneys for Tanya Romero-Baca**
                LEWIS ROCA ROTHGERBER CHRISTIE LLP
                201 East Washington Street, Suite 1200
                Phoenix, AZ  85004-2595
                Telephone:  602-262-5337
                Randy Papetti (AZ State Bar No. 014586)
                rpapetti@lrrc.com
                Jared Sutton (AZ State Bar No. 028887)
                jsutton@lrrc.com
                Jennifer Lee-Cota (AZ State Bar No. 033190)
                jlee-cota@lrrc.com

                **Attorneys for Tanya Romero-Baca**

## CERTIFICATE OF SERVICE

I, B. Wayne Williams, one of the attorneys for Tanya Romero-Baca, do hereby certify that I have this date filed the above and foregoing *Notice of Appearance and Request to be Heard Re Ex Parte Application of Laura Zuniga Caceres, Bertha Zuniga Caceres, and Salvador Zuniga Caceres For Discovery For Use In A Foreign Tribunal Pursuant to 28 U.S.C. § 1782* using the Court's electronic filing system which in turn served a true and correct copy of the same to counsel of record as follows:

Amelia S. McGowan, Esq.
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS  39215
amcgowan@mscenterforjustice.org

Leo P. Cunningham, Esq.
Ralitza S. Dineva, Esq.
Sean P. Killeen, Esq.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
lcunningham@wsgr.com
rdineva@wsgr.com
skilleen@wsgr.com

Roxanna Altholz, Esq.
INTERNATIONAL HUMAN RIGHTS LAW CLINIC, UNIVERSITY OF CALIFORNIA BERKELEY
489 Simon Hall,
Berkeley, California 94720
raltholz@law.berkeley.edu

This the 5th day of August 2019.

/s/ B. Wayne Williams
B. Wayne Williams