IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: EX PARTE APPLICATION OF
LAURA ZUNIGA CACERES, BERTHA
ZUNIGA CACERES, AND SALVADOR          CASE NO. 1:19MC405-LG-RHW
ZUNIGA CACERES FOR ASSISTANCE
BEFORE A FOREIGN TRIBUNAL

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, Norma Carr Ruff, of the firm WEBB SANDERS & WILLIAMS PLLC, 363 North Broadway, Post Office Box 496, Tupelo, Mississippi 38802-0496, (662) 844-2137, and hereby gives notice of her appearance as one of the attorneys for Interested Party, Tanya Romero-Baccas, in the above-styled and numbered cause.

RESPECTFULLY SUBMITTED, this the 6th day of August, 2019.

        **Attorneys for Interested Party, Tanya Romero-Baca**

        WEBB SANDERS & WILLIAMS, P.L.L.C.
        363 NORTH BROADWAY
        POST OFFICE BOX 496
        TUPELO, MISSISSIPPI 38802
        TELEPHONE: (662) 844-2137
        B. WAYNE WILLIAMS, MSB #9769
        wwilliams@webbsanders.com
        NORMA CARR RUFF, MSB #5721
        nruff@webbsanders.com

**BY:**    **/s/ Norma Carr Ruff**
        **NORMA CARR RUFF**

        LEWIS ROCA ROTHGERBER CHRISTIE LLP
        201 East Washington Street, Suite 1200
        Phoenix, AZ 85004-2595
        Telephone: 602-262-5337
        Randy Papetti (AZ State Bar No. 014586)
        rpapetti@lrrc.com
        Jared Sutton (AZ State Bar No. 028887)
        jsutton@lrrc.com
        Jennifer Lee-Cota (AZ State Bar No. 033190)
        jlee-cota@lrrc.com

## CERTIFICATE OF SERVICE

I, Norma Carr Ruff, one of the attorneys for Tanya Romero-Baca, do hereby certify that I have this date filed the above and foregoing *Notice of Appearance of Counsel* using the Court's electronic filing system which in turn served a true and correct copy of the same to counsel of record as follows:

Amelia S. McGowan, Esq.
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS  39215
amcgowan@mscenterforjustice.org

Leo P. Cunningham, Esq.
Ralitza S. Dineva, Esq.
Sean P. Killeen, Esq.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
lcunningham@wsgr.com
rdineva@wsgr.com
skilleen@wsgr.com

Roxanna Altholz, Esq.
INTERNATIONAL HUMAN RIGHTS LAW CLINIC, UNIVERSITY OF CALIFORNIA BERKELEY
489 Simon Hall,
Berkeley, California 94720
raltholz@law.berkeley.edu

This the 6th day of August 2019.

/s/ Norma Carr Ruff
**NORMA CARR RUFF**