**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-mc-00405-LG-RHW |

**APPLICANTS' RESPONSE TO TANYA ROMERO-BACA'S REQUEST TO BE HEARD RE *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR DISCOVERY FOR USE IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782**

Applicants Laura Yolanda Zúniga Cáceres, Bertha Isabel Zúniga Cáceres, and Salvador Edgardo Zúniga Cáceres, by their undersigned counsel, hereby respond to the Notice of Appearance and Request to Be Heard Re *Ex Parte* Application of Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres for Discovery for Use in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782 filed by Tanya Romero-Baca on August 5, 2019.  Dkt. No. 12.

On July 17, 2019, Applicants filed an *ex parte* application under 28 U.S.C. § 1782 ("Section 1782") seeking leave to serve a subpoena on Hancock Whitney Bank for documents related to a real estate purchase by David Castillo ("Castillo") that could prove highly relevant in the pending murder trial against Castillo in Honduras.  Dkt. Nos. 1 & 2.  Ms. Romero-Baca is not the recipient of the proposed subpoena and no subpoena has been issued in this case.  The *ex parte* process under Section 1782 contemplates hearing from the subpoena recipient, as well as from any purported interested party, such as Ms. Romero-Baca,[1] if and when the Section

---

[1] Ms. Romero-Baca is listed on the deed and loan documents related to the property that is the subject of Applicants' proposed subpoena to Hancock Whitney Bank and is Castillo's spouse.  Dkt. No. 4-9 at 58.

1782 application is granted and the proposed subpoena is issued, through a motion to quash the subpoena.  *See* Dkt. No. 2 at 15 ("Proceeding *ex parte* on a Section 1782 applications is 'typically justified by the fact that the parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.'" (citation omitted)).  Ms. Romero-Baca should not be allowed an extraordinary "two bites at the apple"—the opportunity to be heard prior to the Court's decision on Applicants' *ex parte* application which Ms. Romero-Baca now requests, and if she is unsuccessful and the Court grants the application, the opportunity to later move to quash the subpoena directed at Hancock Whitney Bank.  Moreover, if granted, Ms. Romero-Baca's improper request for 14 days to file a response would result in an unnecessary and unwarranted delay that may frustrate the very purpose of the *ex parte* application, i.e., the ability to obtain and introduce relevant evidence at the murder trial against Castillo, which is expected to resume at any moment.  *See* Dkt. No. 2 at 5; Dkt. No. 4-13 ¶ 9.

As such, Applicants respectfully request that the Court deny Ms. Romero-Baca's request to be heard (whether by filing a written request or requesting a hearing) prior to the Court's decision on Applicants' *ex parte* application.  Alternatively, if the Court grants Ms. Romero-Baca's request, Applicants request that the Court set the deadline for Ms. Romero-Baca to file and serve her written response no later than August 12, 2019, and the date for a hearing, if any, no later than August 16, 2019 (or as soon as practicable) in light of the imminent resumption of the trial against Castillo in Honduras.

Dated:  August 8, 2019                              Respectfully submitted,


                                                    By:  _/s/_ Amelia S. McGowan_____
                                                         Amelia S. McGowan


                                                    MISSISSIPPI CENTER FOR JUSTICE
                                                    Amelia S. McGowan, MSB# 103610
                                                    5 Old River Place, Suite 203 (39202)
                                                    P. O. Box 1023
                                                    Jackson, Mississippi 39215
                                                    Telephone:  (769) 230-8003
                                                    Facsimile:   (601) 352-4769
                                                    Email:  amcgowan@mscenterforjustice.org

                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
                                                    Leo P. Cunningham *Admitted Pro Hac Vice*
                                                    Ralitza S. Dineva *Admitted Pro Hac Vice*
                                                    Sean P. Killeen *Admitted Pro Hac Vice*
                                                    650 Page Mill Road
                                                    Palo Alto, California 94304-1050
                                                    Telephone:  (650) 493-9300
                                                    Facsimile:   (650) 565-5100
                                                    Email:  lcunningham@wsgr.com
                                                            rdineva@wsgr.com
                                                            skilleen@wsgr.com

                                                    INTERNATIONAL HUMAN RIGHTS LAW
                                                    CLINIC, UNIVERSITY OF CALIFORNIA
                                                    BERKELEY
                                                    Roxanna Altholz *Admitted Pro Hac Vice*
                                                    489 Simon Hall,
                                                    Berkeley, California 94720
                                                    Telephone:  (510) 643-8781
                                                    Facsimile:   (510) 643-4625
                                                    Email:  raltholz@law.berkeley.edu


                                                    *Attorneys for Applicants*
                                                    *Laura Zúniga Cáceres, Bertha Zúniga*
                                                    *Cáceres, and Salvador Zúniga Cáceres*