UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: EX PARTE APPLICATION OF
LAURA ZUNIGA CACERES,
BERTHA ZUNIGA CACERES, AND
SALVADOR ZUNIGA CACERES
FOR ASSISTANCE BEFORE A
FOREIGN TRIBUNAL

CIVIL ACTION NO. 1:19MC405-LG-RHW

## ORDER GRANTING MOTION TO BE HEARD

On July 17, 2019, Applicants filed an *ex parte* motion for discovery for use in a foreign tribunal pursuant to 28 U.S.C. § 1782. Doc. [1]. The Applicants' motion requests the issuance of a subpoena for documents from Hancock Whitney Bank for use in a Honduran criminal proceeding against David Castillo Mejia. Specifically, Applicants seek bank records related to a $1.6 million real estate purchase made by Castillo. Hancock Whitney Bank holds the mortgage on Castillo's property. On August 5, 2019, Tanya Romero-Baca (wife of David Castillo Mejia) requested an opportunity to be heard on Applicants' motion for discovery. Doc. [11]. She argues her rights and interests are directly affected by the *ex parte* application for discovery. In the interests of due process, the Court finds Romero-Barca's motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Romero-Barca's [11] Motion is GRANTED, and that she shall have until **August 23, 2019**, to file a response to Applicants' *ex parte* motion for discovery.

SO ORDERED AND ADJUDGED, this the 16th day of August 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE