# EXHIBIT 2

# *Madeline Newman Ríos, CT, MA*

*Official Interpreter and Translator for the*
*California State and U.S. District Courts*
*Certified (S>E) by the American Translators Association*

## *Certification of Translation*

I, Madeline Newman Ríos, state that I am competent to translate from Spanish to English, am a Spanish to English Translator certified by the American Translator's Association, an Official Spanish Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California, and the holder of a Master of Arts Degree in Spanish Translation and Interpreting from the University of Texas, Rio Grande Valley. I have translated the attached materials from the Spanish language into English. I declare, under penalty of perjury, that to the best of my abilities and belief, this is a true and correct translation of the same into the English language.

### DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

**AFFIDAVIT OF JUAN SÁNCHEZ CANTILLANO, WITH AUTHENTICATION No. 3025853**

Note that the translator only certifies the accuracy of the translation and states no opinion as to the authenticity of the Spanish language document.

Executed this <u>19th</u> day of <u>August</u> <u>2019</u>, in <u>Los Angeles County, California</u>.

**Madeline Newman Ríos**
U.S. Federal Court Interpreter I.D. No. 93-519
California Certified Court Interpreter I.D. No. 060898-85
American Translators Association Certified Translator No. 4278 (Spanish to English)



American Translators Association

ata

Madeline N. Rios
Spanish into English
Certification #4278

Certified Translator

Verify at www.atanet.org/verify

[revenue stamp:]
BAR ASSOCIATION OF HONDURAS
[graphic]
[in Latin: ]
"PAX URBIS. EX JURE"
["Peace in the World through Law]
1.00 LEMPIRA

[cut off] *M.D.C.*
[cut off]
*/Aug/2019*
[seal:]
JORGE FABIAN COREA LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS
CENTRAL AMERICA

BAR ASSOCIATION
[graphic]
HONDURAS

*Bar Association of Honduras*
*Certificate of Authenticity*

[graphic]

PRICE 500.00 LEMPIRAS SERIES "A"

**No. 3025853**

0142464

The undersigned Notary Public **JORGE FABIAN COREA LOBO**, with Exequatur from the Supreme Court of Justice number one thousand eight hundred fifty-eight (1858), registry of the Comptrollership of the Notaries number one thousand seventy-three (1073), and Bar Card from the Bar Association of Honduras number thirteen thousand seven hundred seventy-six (13776), with Professional Civil Law Notary Office located in the Colonia Miramontes Neighborhood, Continental Building, fourth floor, Suite S43 of this city of Tegucigalpa, M.D.C., telephone number 9970-6868; hereby **CERTIFIES:** That with respect to the signature placed by Mr. **JUAN SANCHEZ CANTILLANO**, a Honduran, of legal age, married, an Attorney and Notary Public, with I.D. number 1804-1969-02724; with professional offices in the Colonia Tepeyac Neighborhood, Calle Luis Bogran, Casa 1101 of the city of Tegucigalpa, Francisco Morazán. Telephone (504) 9475 00 19, on the attached document named "**AFFIDAVIT,**" dated August seventeenth of the year two thousand nineteen (August 17, 2019), said signature **IS AUTHENTIC,** insofar as it was placed in my presence by Mr. **JUAN SANCHEZ CANTILLANO**, who identifies himself with I.D. number 1804-1969-02724. – *I attest.*

Tegucigalpa. Municipality of the Central District, on the seventeenth day of the month of August of the year two thousand nineteen (August 17, 2019).

[watermark: "BAR ASSOCIATION, HONDURAS]

----------------------------------------------- LAST LINE -----------------------------------------------

[embossed seal:]
JORGE FABIAN COREA LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS
CENTRAL AMERICA

[signature]

[seal:]
JORGE FABIAN COREA LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS
CENTRAL AMERICA

[seal:]
JORGE FABIAN COREA
LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS
CENTRAL AMERICA

**AFFIDAVIT**

I, **JUAN SÁNCHEZ CANTILLANO**, Honduran, of legal age, married, an Attorney and Notary Public, member registered in the Bar Association of Honduras under number 4658, with I.D. card 1804-1969-02724; with professional offices to attend to my affairs in the Colonia Tepeyac Neighborhood, Calle Luis Bogran, Casa 1101, of the City of Tegucigalpa, Francisco Morazán, telephone (504) 9475 00 19; hereby **DECLARE UNDER OATH**. that in **File Number 04-2018**, being handled in the **Trial Court with National Territorial Jurisdiction in Criminal Matters,** containing the Case against **ROBERTO DAVID CASTILLO**, based on a strong suspicion of his guilt in the commission of the crime of MURDER, whose victim was Ms. **BERTHA ISABEL CÁCERES FLORES,** the Assistant Government Attorneys Appearing in said case have not submitted any Documentary or Expert evidence demonstrating that my client, Mr. **David Roberto Castillo,** received any payment whatsoever for his alleged participation in the Murder of Ms. **BERTHA ISABEL CÁCERES FLORES**. Furthermore, Article **149, Chapter III (Communications between Authorities), Title IV (Procedural Acts), of the Code of Criminal Procedure (Decree Number 9-99 E, dated December 19, 1999, published in the Official Daily Journal, Gazette No. 29,176, dated May 20, 2000 and effective as of February 20, 2002)** states: **Article 149:**"**Requests for Assistance to Foreign Courts**" Requests for assistance addressed to foreign Courts or Authorities, or those received from them, shall be processed through Diplomatic channels. In exceptional cases of the utmost importance, the judge or the member of a Sentencing Court designated for such purpose may conduct proceedings in another State, subject to authorization from said other State.

The preceding Article 148 shall be applicable to the extent pertinent to that which is set forth in this article." In witness of the foregoing, I sign this **AFFIDAVIT** in the City of Tegucigalpa, M.D.C., on the 17th day of the month of August of the year two thousand nineteen.

[signature]
**Juan Sánchez Cantillano**
**ID 1804-1969-02724**

[embossed seal:]
JORGE FABIAN COREA
LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS
CENTRAL AMERICA

[signature]
[seal:]
JORGE FABIAN COREA
LOBO
NOTARY
Exequatur No. 1858
REPUBLIC OF HONDURAS



VALOR LPS. 500.00
SERIE "A"

### Colegio de Abogados de Honduras
### Certificado de Autenticidad

Nº 3025853

El infrascrito Notario Público **JORGE FABIAN COREA LOBO**, con exequátur de la Corte Suprema de Justicia número un mil ochocientos cincuenta y ocho (1858), registro de la Contraloría del Notariado número un mil setenta y tres (1073), y carné de colegiación del Colegio de Abogados de Honduras número trece mil setecientos setenta y seis (13776), con Notaría Profesional sita en la Colonia Miramontes, Edificio Continental, cuarto piso, Apartamento S43, de ésta ciudad de Tegucigalpa, M. D. C., teléfono 9970-6868; por medio de la presente, **CERTIFICA:** Que la firma puesta por el señor **JUAN SANCHEZ CANTILLANO**, hondureño, mayor de edad, casado, Abogado y Notario Público, con Tarjeta de Identidad número 1804-1969-02724; con oficinas profesionales en la Colonia Tepeyac, calle Luis Bogran, casa 1101, de la ciudad de Tegucigalpa, Francisco Morazán, teléfono (504) 9475 00 19, en el documento adjunto denominado **"DECLARACION JURADA"** de fecha diecisiete (17) de agosto del año dos mil diecinueve (2019). Dicha firma **ES AUTENTICA** por ser puesta en mi presencia, por el señor **JUAN SANCHEZ CANTILLANO**, quien se identifica con el número de identidad 1804-1969-02724. - *Doy Fe.*

Tegucigalpa, Municipio del Distrito Central, diecisiete (17) días del mes de agosto del año dos mil diecinueve (2019).



- - - - - - - - - - - - - - - - - - - - - - - - ÚLTIMA LINEA - - - - - - - - - - - - - - - - - - - - - - - - - - - -

0142464





## DECLARACION JURADA.

Yo **JUAN SANCHEZ CANTILLANO**, hondureño, mayor de edad, casado, Abogado y Notario Público, miembro inscrito en el Colegio de Abogados de Honduras bajo el número 4658, con tarjeta de identidad número 1804-1969-02724; con oficinas profesionales para atender mis asuntos en la Colonia Tepeyac, Calle Luis Bogran, Casa 1101, de la Ciudad de Tegucigalpa, Francisco Morazán, teléfono (504) 9475 00 19; por medio de la presente **DECLARO BAJO JURAMENTO**, que en el **expediente número 04-2018**, que se maneja en el **Juzgado de Letras con Competencia Territorial Nacional en Materia Penal**, contentivo del juicio contra **ROBERTO DAVID CASTILLO**, por suponerlo responsable de la comisión del delito de ASESINATO, en `perjuicio de la señora **BERTHA ISABEL CACERES FLORES**; Los Agentes del Ministerio Publico Personados en la causa de mérito, no han presentado prueba Documental ni Pericial que acredite que mi representado el señor **David Roberto Castillo** recibió pago alguno por la supuesta participación en el Asesinato de la señora **BERTHA ISABEL CACERES FLORES**; asimismo el **articulo 149 Capitulo III (De las Comunicaciones entre Autoridades), Título IV (De los Actos Procesales), del Código Procesal Penal ( Decreto número 9-99 E, de fecha 19 de Diciembre de 1999, publicado en Diario oficial La Gaceta No. 29,176 de fecha 20 de mayo de 2,000 y Vigente a partir del  20 de Febrero de 2002)** establece: **Articulo 149: "Requerimientos a Tribunales Extranjeros"**. Los requerimientos dirigidos a Tribunales o Autoridades extranjeras, o los recibidos de ellos, serán tramitados por la vía Diplomática. En casos excepcionales y de suma importancia, el juez o el miembro de un Tribunal de Sentencia que se designe para el efecto podrá realizar diligencias en otro Estado, previa autorización de este.

Lo dispuesto en el artículo 148 que antecede, será aplicable en lo procedente a lo dispuesto en ésta norma.". En Fe de lo anteriormente expresado, firmo la presente **DECLARACION JURADA**, en la Ciudad de Tegucigalpa, M.D.C., a los 17 días del mes de agosto del año dos mil diecinueve.

Juan Sánchez Cantillano.
ID. 1804-1969-02724.