# EXHIBIT 7

[A Translation]

[logo: Judicial Branch – Honduras]

ORDER No. 9-99-E

THE CONGRESS OF THE NATION ENACTS

the following

## Code for Criminal Procedure

BOOK ONE
GENERAL SECTIONS

TITLE I
BASIC PRINCIPLES

SOLE CHAPTER
SECTIONS COMMON TO THE ENTIRE PROCEDURE

**Article 16. Rights of victims of a crime or misdemeanor.** The victims of a crime or misdemeanor will have the following rights:

1) To become private accuser or complainant and to be involved as such throughout the entire case, per the provisions of this Code. For that purpose, if needed, victims will have the right to be assisted by the Prosecution Office, should they lack financial means;
2) To be informed of the results of the case upon request, even when the victims weren't involved in the case;
3) To be heard, upon request, before a court order that will result in a dismissal or a suspension of prosecution of the criminal case;
4) To be involved in the public hearings per the provisions of this Code;
5) To object before the superior of the prosecutor in the case against an inappropriate administrative dismissal, in the cases provided for in this Code; and
6) To other rights provided for in other laws.

Victims will be informed of their rights at the time they file a complaint before the Public Prosecution Office or the charging party, or a complaint before the judge having jurisdiction, or at the time victims first become involved in the case.

[I prepared the above translation of a Spanish-language text to the best of my ability in Phoenix, Arizona, on August 22, 2019.

Isabel Fierros, Spanish interpreter, certified by the Administrative Office of the United States Courts
ifierros@gmail.com]