# EXHIBIT 8

[A Translation]

# BOOK ONE

## TITLE IV
## PROCEDURAL ACTIONS

### CHAPTER III
### COMMUNICATIONS BETWEEN THE JUDICIAL AUTHORITIES

**Article 149. Letters rogatory to foreign courts**. Letters rogatory addressed to foreign courts or foreign authorities, or those received from them, will be handled via diplomatic channels. In exceptional cases and cases of paramount importance, the judge or member of a Judgment Court appointed for that purpose may conduct proceedings in a separate State, upon authorization by that State.

The provisions of Article 148 above will be applicable to the provisions of this Article.

[I prepared the above translation of a Spanish-language text to the best of my ability in Phoenix, Arizona, on August 22, 2019.

Isabel Fierros, Spanish interpreter, certified by the Administrative Office of the United States Courts
ifierros@gmail.com]