# EXHIBIT 9

OPSA GROUP: + La Prensa + TEN + MAGAZINE STYLE + HONDURAS TIPS + STRATEGY AND BUSINESS + SUPERCLASIFICADOS + GOTV + JOBS GO

START  COUNTRY  EVENTS  SPORTS  ENTERTAINMENT  WORLD  VIDEOS    

country

# Berta Cáceres' family denounces exclusion from trial

The indigenous leader was shot on March 2, 2016 by gunmen who entered her home in the community of La Esperanza



Pascual Vásquez, leader of the Organization of the Indigenous People's Council, third from the left, and the daughters of the murdered environmentalist Berta Cáceres, Berta Zuniga Cáceres, from the right, and Laura Zúñiga Cáceres, to accompany their lawyers to the Tegucigalpa prosecutor's office . Photo: AP Agency.

**AFP Agency**
22.10.2018

**TEGUCIGALPA, HONDURAS. -** The family of **the murdered Honduran environmentalist Berta Cáceres** denounced on Monday that a court initiated the oral and public trial against eight defendants of the crime without the participation of their lawyers.

"The trial began on Saturday without the presence of our lawyers, they did not attend because they filed a challenge against the judges," Roberto Cáceres, brother of the murdered coordinator of **the Civic Council of Popular and Indigenous Organizations of Honduras (Copinh)** , told AFP. .

The indigenous leader was shot on March 2, 2016 by gunmen who entered her home in the community of La Esperanza (west).

**Roberto Cáceres**He pointed out that the court ruled that the lawyers of the



Arizona Drivers With No Tickets In 3 Years Should Do This Before 2020

ON THE FRONT PAGE

**WORLD**

> Trump tightens rules and announces law to stop migrant children in the US

**COUNTRY**

> Brother-in-law of former first lady gets out of jail when acquitted

**EVENTS**

> A dead man after a spectacular dredge accident in Santa Cruz de

**SPORTS**

> He falls suspicious of participating in violent deaths in the Stadium

**COUNTRY**

> Mauricio Oliva leads "blue talk" in Tegucigalpa


Arizona Drivers With No Tickets In 3 Years Should Do This

They look for a young girl who disappeared on her birthday - Diario El Heraldo

Read Next Story ›

family and of the Copinh "abandoned the case", without taking into account that they had challenged the judges for doubting their impartiality.

In the resumption of the hearing, on Monday, the prosecutor's spokesman, Yuri Mora, told AFP that the family's lawyers and Copinh were definitively excluded from the trial "by default" and that their representation was assumed by prosecutors.

The trial had been suspended for the third time last Friday, after the family and Copinh prosecuting lawyers challenged the three judges in the case.

The same petition caused the process to be suspended on September 17 and October 15.

The lawyers assured the AFP that the judges do not guarantee them a fair trial, after they refused to demand from the prosecutor all the evidence against the eight accused, which made them suspect that they intend to exonerate executives and partners from guilt. **Desarrollos Enegéticos SA (DESA).**

Among the eight defendants is the environmental manager of DESA, **Sergio Rodríguez**, and members of the security team of that energy company.

Additionally, DESA Executive President David Castillo is charged in a separate trial.

Cáceres had precautionary measures from the **Inter-American Commission on Human Rights** (IACHR) after denouncing that DESA personnel threatened to kill her for organizing demonstrations of indigenous people against **the construction of a hydroelectric plant on the Gualcarque river** (west) by the company.

**one** > PHOTOS: Abril González, the Uruguayan who claims to be the daughter of Rambo de León -

**two** > Photos that fan rumors of romance between Daddy Yankee and Natti Natasha - Diario El

**3** > PHOTOS: The physical resemblance between Rambo and the Uruguayan girl who claims to

**4** > PHOTOS: Khloé Kardashian sports a heart attack silhouette in The Bahamas - El Heraldo

**5** > Celeste Gómez, the university victim of severe dengue in Honduras - Diario El Heraldo

**Related:**

> Mayor of Choluteca, Quintín Soriano, serves cake with the hands of the villagers

> Announce suspension of electricity for Tuesday in Honduras

> Video: Migrant family cries when they learn that ICE arrived home to take one of their relatives

**Tags:**

Death of leader   Involved in the murder   Family of Berta   Honduran Environmentalist   Berta Caceres

News from Honduras   Honduras latest news   El Heraldo Honduras

**It may interest you:**



**COUNTRY**
**Mauricio Mora, brother-in-law of former first lady, gets out of jail**



**COUNTRY**
Mauricio Oliva encabeza "conversatorio azul" en Tegucigalpa

**PAÍS**
Rosa Elena de Lobo también construyó lujosa cabaña con dinero público

**PAÍS**
Pepe: Maccih no puede seguir operando con el

They look for a young girl who disappeared on her birthday - Diario El Heraldo

Read Next Story >

## Suscríbete a nuestro boletín de noticias

Recibirás las noticias más destacadas del día

**Correo Electrónico***

Type your email

Enviar

Marketing by

**Comentarios:**

0 comentarios           Ordenar por   Más recientes

Esta cadena está cerrada

Plugin de comentarios de Facebook

**Te puede gustar**                              Enlaces Patrocinados por Taboola

**Ron Howard's Net Worth Left His Family In Tears**
Cash Roadster

**Jorge Garcia Is So Skinny Now and Looks Gorgeous**
Military Bud

**15 Rarely Seen Woodstock 1969 Photos**
Lifestylogy

**Cómo los distribuidores venden coches no vendidos en Wittmann**
Ofertas De Autos | Enlaces Patrocinados

**Find out here how you can get rid of your**
Consolidated Credit
credit card debts

**Do You Have Royal Blood? Your Last Name May Tell You.**
Ancestry

**Aging Cat? Help Them Thrive By Doing This One Thing**
Ultimate Pet Nutrition Pet Supplements

**You Should Never Shop on Amazon Without Using This Trick – Here's Why**
Honey

They look for a young girl who disappeared on her birthday - Diario El Heraldo

Read Next Story ›

**WHAT WAVE WITH THIS?**


**SURPRISING**
Woman celebrates 111 years in New Hampshire


**FIND**
A 13,000-year-old mammoth reflects paleontological wealth of Mexico


**VIDEO**
Two pythons are discovered fighting on the roof of a house


**WHAT DOES IT SAY?**
Alaskan message in bottle sent 50 years ago


Arizona Drivers With No Tickets In 3 Years Should Do This Before 2020

**VIDEOS**


Maduro confirma contactos entre Washington y Venezuela


Autoridad migratoria de EEUU anuncia más deportaciones


FARC entrega primer informe sobre 276 desaparecidos


Capturan supuesto involucrado en muerte de aficionados


JOH: tenemos que sacar a las maras y pandillas de las barras

# El Heraldo

**TODOS LOS DERECHOS RESERVADOS 2019**

QUIÉNES SOMOS   POLÍTICAS DE PRIVACIDAD   POLÍTICAS DE COOKIES   MAPA DEL SITIO   ANÚNCIESE CON NOSOTROS   NEWSLETTER   RSS

**They look for a young girl who disappeared on her birthday - Diario El Heraldo**

Read Next Story ›