## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### *JARED LYNN SUTTON*

*was on the 1ˢᵗ day of November, 2011 was duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 15ᵗʰ day of August, 2019.*

*JANET JOHNSON, Clerk*

*By* _____

*Liz Gomez*
*Deputy Clerk II*

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

 

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JARED LYNN SUTTON** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 1, 2011 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

 

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this August 14, 2019.

Michelle R. Martinez
Disciplinary Clerk

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court,

certify that Jared Lynn Sutton was duly admitted

to practice in this Court on December 10, 2012,

and is in good standing as a member

of the Bar of this Court.

Dated at Phoenix, Arizona, on August 13, 2019

| Brian D. Karth | |
| --- | --- |
| CLERK | DEPUTY CLERK |