UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: EX PARTE APPLICATION OF
LAURA ZUNIGA CACERES,
BERTHA ZUNIGA CACERES, AND
SALVADOR ZUNIGA CACERES
FOR ASSISTANCE BEFORE A
FOREIGN TRIBUNAL

CIVIL ACTION NO. 1:19MC405-LG-RHW

## ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

The Court has considered the Motions to Appear Pro Hac Vice filed on behalf of Interested Party Tanya Romero-Bacca and attorneys Randy Papetti, Jennifer S. Lee-Cota, and Jared L. Sutton and finds the motions to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motions to Appear Pro Hac Vice are hereby granted, and Randy Papetti, Jennifer S. Lee-Cota, and Jared L. Sutton shall be admitted to serve as co-counsel for Tanya Romero-Bacca.  Counsel is directed to complete registration for electronic filing as a condition of pro hac vice admission.

SO ORDERED AND ADJUDGED, this the 29th day of August 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE