**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-mc-00405-LG-RHW |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR DISCOVERY FOR USE IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782**

Applicants Laura Yolanda Zúniga Cáceres, Bertha Isabel Zúniga Cáceres, and Salvador Edgardo Zúniga Cáceres, by their undersigned counsel, hereby seek the Court's leave to file a reply in further support of their *Ex Parte* Application for Discovery for Use in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782 (the "Application"). Dkt. Nos. 1, 2 & 4.

On July 17, 2019, Applicants filed the Application seeking leave to serve a subpoena on Hancock Whitney Bank for documents related to a real estate purchase by David Castillo ("Castillo") that could prove highly relevant in the pending criminal trial against Castillo in Honduras for the murder of Applicants' mother. Dkt. Nos. 1, 2 & 4. On August 5, 2019, Tanya Romero-Baca, Castillo's wife, filed a Notice of Appearance and Request to Be Heard Re *Ex Parte* Application of Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres for Discovery for Use in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782. Dkt. No. 12. On August 16, 2019, the Court granted Ms. Romero-Baca's request, setting a deadline of August 23, 2109 for Ms. Romero-Baca to file a response to the Application, and the issue of a reply brief was not raised. Dkt. 16. Thereafter, on August 23, 2019, Ms. Romero-Baca filed a lengthy Response in Opposition to the Application (the "Opposition"). Dkt. No. 17.

In light of the foregoing, Applicants seek the Court's leave to file a reply in further support of the Application and to address the arguments raised in the Opposition (a draft of the proposed reply is annexed hereto as Exhibit A).  Applicants respectfully submit that consideration of their reply would be in the interest of justice and of assistance to the Court in light of both the arcane nature of Section 1782 proceedings and the importance of this matter to Applicants.

Due to the unique procedural nature of Applicants' *ex parte* Application and Ms. Romero-Baca's court-approved Opposition, counsel for Applicants inadvertently failed to recognize the potential applicability of timing limitations under L.U.Civ.R. 7(b)(4) to Applicants' proposed reply in further support of their Application.  Applicants apologize for any inconvenience to the Court and request that, should the Court deem the proposed reply untimely, the Court nevertheless grant the motion and consider Applicants' proposed reply in the interest of justice.

Applicants' request is based on this Motion, the accompanying Proposed Reply Memorandum of Points and Authorities, attached hereto as **Exhibit A**, the entire record in this case, and such other evidence and argument as the Court may allow.

Dated:  September 16, 2019                    Respectfully submitted,


                                            By:  /s/ Amelia S. McGowan
                                                  Amelia S. McGowan

                                            MISSISSIPPI CENTER FOR JUSTICE
                                            Amelia S. McGowan, MSB# 103610
                                            5 Old River Place, Suite 203 (39202)
                                            P. O. Box 1023
                                            Jackson, Mississippi 39215
                                            Telephone:  (769) 230-8003
                                            Facsimile:   (601) 352-4769
                                            Email:  amcgowan@mscenterforjustice.org


                                            (Continued on next page.)

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham *Admitted Pro Hac Vice*
Ralitza S. Dineva *Admitted Pro Hac Vice*
Sean P. Killeen *Admitted Pro Hac Vice*
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  lcunningham@wsgr.com
          rdineva@wsgr.com
          skilleen@wsgr.com

INTERNATIONAL HUMAN RIGHTS LAW
CLINIC, UNIVERSITY OF CALIFORNIA
BERKELEY
Roxanna Altholz *Admitted Pro Hac Vice*
489 Simon Hall,
Berkeley, California 94720
Telephone:  (510) 643-8781
Facsimile:  (510) 643-4625
Email:  raltholz@law.berkeley.edu