IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-MC-00405-LG-RHW |

**NOTICE OF OBJECTIONS TO MAGISTRATE JUDGE'S PROPOSED FINDINGS OF FACT AND RECOMMENDATION AND REQUEST FOR ORAL ARGUMENT**

PLEASE TAKE NOTICE: On November 13, 2019, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, Laura Yolanda Amiga Cáceres, Bertha Isabel Zúniga Cáceres, and Salvador Edgardo Zúniga Cáceres (together, "Applicants") hereby submit their Objections (the "Objections") to the Magistrate Judge's Proposed Findings of Fact and Recommendation (the "Recommendation"; Dkt. No. 28), requesting that this Court reverse the recommendation that Applicants' *Ex Parte* Application for Discovery for Use in a Foreign Tribunal pursuant to 28 U.S.C. § 1782 (Dkt. Nos. 1, 2 & 4) be denied.

Applicants respectfully request that this Court grant oral argument on their Objections. Applicants make this request in light of their compelling interest in obtaining discovery relevant to an ongoing murder trial in Honduras against a man accused of orchestrating the assassination of their mother. Moreover, were the Court to adopt the Recommendation and deny their Application, the instant matter would conclude, and Applicants' only potential redress would be an appeal to the Court of Appeals.

Applicants' request is based on this Notice, the Objections filed concurrently herewith, and any other argument or evidence submitted by Applicants or that the Court may permit.

-2-

Dated:  November 13, 2019

Respectfully submitted,

By: /s/ Amelia S. McGowan
   Amelia S. McGowan

MISSISSIPPI CENTER FOR JUSTICE
Amelia S. McGowan, MSB# 103610
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215
Telephone:  (769) 230-8003
Facsimile:  (601) 352-4769
Email:  amcgowan@mscenterforjustice.org


OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham *Admitted Pro Hac Vice*
Ralitza S. Dineva *Admitted Pro Hac Vice*
Sean P. Killeen *Admitted Pro Hac Vice*
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  lcunningham@wsgr.com
       rdineva@wsgr.com
       skilleen@wsgr.com

INTERNATIONAL HUMAN RIGHTS LAW CLINIC, UNIVERSITY OF CALIFORNIA BERKELEY
Roxanna Altholz *Admitted Pro Hac Vice*
489 Simon Hall,
Berkeley, California 94720
Telephone:  (510) 643-8781
Facsimile:  (510) 643-4625
Email:  raltholz@law.berkeley.edu