## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL ) ) ) ) ) ) | CASE NO.: 1:19-mc-00405-LG-RHW |

### MOTION TO STRIKE REBUTTAL FILED BY APPLICANTS AS PROCEDURALLY IMPROPER

Interested Party, Tanya Romero-Baca moves to strike Applicant's Rebuttal in Support of Objections to Magistrate Judge's Report and Recommendations (Doc. 34). The local rule that applies to general motion practice provides for a response to a motion and a rebuttal by the moving party.  By contrast, the rule governing the procedure for objecting to a Magistrate Judge's Report and Recommendation does not give the objecting party the opportunity to file a rebuttal. *Compare* L.R.Civ. 7(b)(4) (setting forth timing for filing a response to a motion <u>and for a rebuttal</u> by moving party); *with* L.R.Civ. 72(a)(3) (setting forth timing for objections to report and recommendation and response thereto, with no mention of a rebuttal by the objecting party).  Applicants nonetheless filed a lengthy rebuttal in support of their objections.

In addition to being procedurally improper, the rebuttal contains a great deal of newly cited case law, which it in key respects seriously mischaracterizes – particularly with respect to the standard of review that applies to their objection.   For the reasons stated, Ms. Romero-Baca felt it appropriate to bring the non-compliance to the Court's attention and ask that the rebuttal (Doc. 34) be stricken.

RESPECTFULLY SUBMITTED, this the 6th day of December 2019.

**Attorneys for Interested Party, Tanya Romero-Baca**

WEBB SANDERS & WILLIAMS, P.L.L.C.
363 NORTH BROADWAY
POST OFFICE BOX 496
TUPELO, MISSISSIPPI 38802
TELEPHONE: (662) 844-2137
B. WAYNE WILLIAMS, MSB #9769
wwilliams@webbsanders.com
NORMA CARR RUFF, MSB #5721
nruff@webbsanders.com

**BY:** /s/ B. Wayne Williams
**B. WAYNE WILLIAMS**

LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004-2595
Telephone:  602-262-5337
Randy Papetti (AZ State Bar No. 014586)
rpapetti@lrrc.com
Jared Sutton (AZ State Bar No. 028887)
jsutton@lrrc.com
Jennifer Lee-Cota (AZ State Bar No. 033190)
jlee-cota@lrrc.com

## CERTIFICATE OF SERVICE

I, B. Wayne Williams, one of the attorneys for Tanya Romero-Baca, do hereby certify that I have this date filed the above and foregoing *Motion To Strike Rebuttal Filed By Applicants As Procedurally Improper* using the Court's electronic filing system which in turn served a true and correct copy of the same to counsel of record as follows:

Amelia S. McGowan, Esq.
Mississippi Center for Justice
P.O. Box 1023
Jackson, Mississippi 39215
amcgowan@mscenterforjustice.org

Leo P. Cunningham, Esq.
Ralitza S. Dineva, Esq.
Sean P. Killeen, Esq.
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
lcunningham@wsgr.com
rdineva@wsgr.com
skilleen@wsgr.com

Roxanna Altholz, Esq.
INTERNATIONAL HUMAN RIGHTS LAW CLINIC, UNIVERSITY OF CALIFORNIA BERKELEY
489 Simon Hall
Berkeley, California 94720
raltholz@law.berkeley.edu

This the 6th day of December 2019.

/s/ B. Wayne Williams
B. WAYNE WILLIAMS