**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | )<br>)<br>)<br>)<br>)<br>)    CASE NO.: 1:19-mc-00405-LG-RHW |

---

**OPPOSITION TO ROMERO-BACA'S MOTION TO STRIKE APPLICANTS' REBUTTAL IN SUPPORT OF THEIR OBJECTIONS TO REPORT AND RECOMMENDATION**

---

The Court should deny Tanya Romero-Baca's meritless motion to strike (Dkt. No. 35) Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres' ("Applicants") Rebuttal ("Rebuttal"; Dkt. No. 34) in Support of Their Objections to the Magistrate Judge's Report and Recommendation ("Objections"; Dkt. No. 32).

Nothing in Local Uniform Civil Rule 72 prohibits Applicants from filing a rebuttal in support of their Objections. *See* L.U.Civ.R. 72. As a "written communication with the court that is intended to be an application for relief or other action by the court," Applicants' Objections were required to "be presented by a motion in the form prescribed by this Rule [7]." L.U.Civ.R. 7(b) ("***Any*** written communication with the court that is intended to be an application for relief or other action by the court must be presented by a motion in the form prescribed by this Rule.") (emphasis added). Local Rule 7 applies because the Objections were brought by written motion (L.U.Civ.R. 7(b)(1)); and Local Rule 7 expressly allows a rebuttal (L.U.Civ.R. 7(b)(2)).

Consequently, courts in this District routinely consider such rebuttals when evaluating a party's objections to a report and recommendation. *See, e.g.*, *Buckhalter v. Mississippi*, No. 1:17CV191-LG-LRA, 2018 U.S. Dist. LEXIS 123391, at *1 (S.D. Miss. July 24, 2018) (Guirola,

J.) (considering reply in support of objection to report and recommendation); *Reeves v. Shaw*, No. 1:19-CV-29-LG-JCG, 2019 U.S. Dist. LEXIS 128345, at *1 (S.D. Miss. Aug. 1, 2019) (Guirola, J.) (same); *McKnight v. Ladner*, No. 5:17-cv-118(DCB)(JCG), 2019 U.S. Dist. LEXIS 56216, at *42 (S.D. Miss. Apr. 2, 2019) (same); *Ellison v. Broadus*, No. 1:08-cv-262-HSO-JMR, 2010 U.S. Dist. LEXIS 24059, at *4-5 (S.D. Miss. Mar. 15, 2010) (considering plaintiff's rebuttal to defendants' response to plaintiff's objection).

Applicants filed their Rebuttal on December 2, 2019 within the time and page limits mandated by Local Rule 7.  Dkt. No. 34; *see* L.U.Civ.R. 7(b)(4) & (5).  Romero-Baca's ill-conceived motion to strike is therefore another attempt to distract from the merits of Applicants' arguments and should be denied.

Dated:  December 9, 2019                          Respectfully submitted,

By: /s/ Amelia S. McGowan
  Amelia S. McGowan
MISSISSIPPI CENTER FOR JUSTICE
Amelia S. McGowan, MSB# 103610
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215
Telephone:  (769) 230-8003
Facsimile:  (601) 352-4769
Email:  amcgowan@mscenterforjustice.org

(Continued on next page)

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham *Admitted Pro Hac Vice*
Ralitza S. Dineva *Admitted Pro Hac Vice*
Sean P. Killeen *Admitted Pro Hac Vice*
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  lcunningham@wsgr.com
           rdineva@wsgr.com
           skilleen@wsgr.com

INTERNATIONAL HUMAN RIGHTS LAW
CLINIC, UNIVERSITY OF CALIFORNIA
BERKELEY
Roxanna Altholz *Admitted Pro Hac Vice*
489 Simon Hall,
Berkeley, California 94720
Telephone:  (510) 643-8781
Facsimile:  (510) 643-4625
Email:  raltholz@law.berkeley.edu