IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 17 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

### ORDER TO REASSIGN CASES

PURSUANT TO Section IV of Internal Rule 1, as amended, and to equitably manage and distribute the caseload of the Court, and with the consent of both of the affected judges, the Clerk of Court is directed to reassign the following civil cases to Senior U. S. District Judge Keith Starrett:

| Short Style | Case Number |
|---|---|
| Ex Parte Caceres | 1:19-mc-405 |
| Wells v. York Risk | 1:19-cv-914 |
| Settlemires v. 3M Co. | 1:19-cv-897 |
| Boyden v. National Fire | 1:19-cv-701 |
| Denny v. Ocean Marine | 1:19-cv-629 |
| Nowell v. CR Bard | 1:19-cv-568 |
| City of Biloxi v. FEMA | 1:19-cv-363 |
| Hosking v. Northrop Grumman | 1:19-cv-347 |
| Seymour v. Premier Entertainment | 1:19-cv-321 |
| Mars v. MS Export | 1:19-cv-290 |
| Day v. Nine D Enterprises | 1:19-cv-276 |
| USA v. Hong & Men III, LLC | 1:19-cv-271 |
| Spivery v. Biloxi | 1:19-cv-252 |
| Williams v. Huntington Ingalls | 1:18-cv-236 |
| Chipley v. Land Holdings | 1:18-cv-271 |
| Rhodes v. Golden Gulf Limousine | 1:19-cv-348 |
| Brewer v. Hemphill | 1:19-cv-372 |
| Meyers v. USAA | 1:19-cv-420 |
| Reynolds v. George County | 1:19-cv-426 |
| Echoles v. Tsang | 1:19-cv-433 |
| Staten v. Harrison County | 1:19-cv-560 |
| Bryant v. C R Bard Inc. | 1:19-cv-566 |
| Mowdy v. Huntington Ingalls | 1:19-cv-570 |
| G&M Marine v. Nguyen | 1:19-cv-627 |
| Elmore v. Kalin | 1:19-cv-679 |

| Short Style | Case Number |
|---|---|
| Aromin v. U.S. Dept. Veterans | 1:19-cv-791 |
| Seals v. Alm | 1:18-cv-361 |
| Lewis v. Beau Rivage Resorts | 1:18-cv-376 |
| Baria v. Singing River Electric Cooperative | 1:19-cv-248 |
| The Prudential Ins. Co. of America v. Freeman | 1:19-cv-297 |
| Showers v. City of Bay St. Louis | 1:19-cv-323 |
| Catherman v. City of Poplarville | 1:19-cv-394 |
| MEDIR Gov't Solutions v. George Cty. Bd. of Super. | 1:19-cv-626 |
| Wells v. Wells Fargo Bank, N.A. | 1:19-cv-631 |
| Baker v. Wal-Mart Stores, Inc. | 1:19-cv-789 |
| Stanton v. Goss | 1:19-cv-837 |
| Webb v. Stone County School District | 1:19-cv-910 |
| United States of America v. $83,400 US Currency | 1:19-cv-915 |
| Rabe v. LM General Insurance Co. | 1:19-cv-553 |
| Wooten v. Smith | 1:19-cv-340 |

IT IS FURTHER ORDERED that (1) the present Magistrate Judge assignment for these cases will remain unchanged, and (2) a copy hereof be docketed in each case listed above.

SO ORDERED this the 11th day of December, 2019.

DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE