# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-mc-00405-KS-RHW |

### NOTICE OF CONSENT TO DISRICT COURT'S JURISDICTION FOR ENFORCEMENT OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that pursuant to the Court's May 18, 2020 Memorandum Opinion and Order [39], including the protective order contained therein (the "Protective Order"), Laura Yolanda Zúniga Cáceres, Bertha Isabel Zúniga Cáceres, and Salvador Edgardo Zúniga Cáceres (together, "Applicants") hereby submit the signed written consent of Víctor Antonio Fernández Guzmán—Applicants' private prosecutor in the criminal proceedings against David Castillo in Honduras—to the Court's jurisdiction for enforcement of the Protective Order. Mr. Fernández Guzmán's consent is attached hereto as **Exhibit A**.

Dated:  May 29, 2020

Respectfully submitted,

By:  /s/ Amelia S. McGowan
     Amelia S. McGowan

MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215

OF COUNSEL (*Continued on next page*):

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham
Ralitza S. Dineva
Sean Killeen
650 Page Mill Road
Palo Alto, California 94304-1050

-2-

INTERNATIONAL HUMAN RIGHTS LAW
CLINIC, UNIVERSITY OF CALIFORNIA
BERKELEY
Roxanna Altholz
489 Simon Hall,
Berkeley, California 94720

*Attorneys for Applicants*
*Laura Zúniga Cáceres, Bertha Zúniga*
*Cáceres, and Salvador Zúniga Cáceres*