# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APLICATION OF LAURA CÁCERES, BERTHA CÁCERES, AND SALVADOR CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-mc-00405-KS-RHW |

### CONSENT OF VICTOR FERNÁNDEZ GUZMÁN TO DISRICT COURT'S JURISDICTION FOR ENFROCEMENT OF PROTECTIVE ORDER

I, Víctor Antonio Fernández Guzmán, hereby consent to the jurisdiction of the United States District Court for the Southern District of Mississippi for the enforcement of the protective order issued by the Honorable Kevin Starrett, United States District Judge, on May 18, 2020 (the "Protective Order") [39].

I have been made familiar with the requirements of the Protective Order. I understand that the Protective Order requires that any documents produced in response to the subpoena issued to Hancock Whitney Bank in this matter be provided directly to me under an "Attorneys' Eyes Only" designation. I understand and accept that, pursuant to the "Attorneys' Eyes Only" designation, I am not permitted to share any documents so designated with other parties, except as reasonably necessary to translate and interpret the documents, as I am not an English speaker and I am not familiar with U.S. mortgage financing and similar documents. Persons assisting me in interpreting the documents may include Roxanna Altholz, who represents Applicants in the above-captioned matter and is fluent in both English and Spanish.

I further understand the Court's Protective Order to allow the use of relevant evidence obtained in connection with the instant subpoena in legal proceedings related to the murder of Berta Cáceres in Honduras.

1

Escaneado con CamScanner

This document is in English and has been translated to me in Spanish. I hereby attest to the truthfulness of the foregoing.

Dated: May 29, 2020

_____
Víctor Antonio Fernández Guzmán

2

Escaneado con CamScanner