-1-

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL ) ) ) ) ) ) | CASE NO.: 1:19-mc-00405-KS-RHW |

**NOTICE OF SERVICE OF AUTHORIZED SUBPOENA**

PLEASE TAKE NOTICE that copies of (1) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Hancock Whitney Bank, cover letter, and attachments thereto (including the Court's Memorandum Opinion and Order dated May 18, 2020 authorizing the issuance of the subpoena) and (2) *Ex Parte* Application of Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres for Assistance Before a Foreign Tribunal Pursuant to 28 U.S.C. § 1782 were served on May 21, 2020 upon the following in the manner indicated:

| Respondent Tanya Romero-Baca | *VIA EMAIL AND OVERNIGHT MAIL*<br>B. Wayne Williams<br>Norma Carr Ruff<br>WEBB SANDERS & WILLIAMS, P.L.L.C.<br>363 North Broadway<br>Post Office Box 496<br>Tupelo, Mississippi 38802<br>wwilliams@webbsanders.com<br>nruff@webbsanders.com<br><br>Randy Papetti<br>Jared Sutton<br>Jennifer Lee-Cota<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 East Washington Street, Suite 1200 |
|---|---|

-1-

|  | Phoenix, AZ 85004-2595<br>rpapetti@lrrc.com<br>jsutton@lrrc.com<br>jlee-cota@lrrc.com<br><br>*Attorneys for Tanya Romero-Baca* |
|---|---|
| Hancock Whitney Bank Custodian of Records<br>Hancock Whitney Plaza, 2510 14th Street<br>Gulfport, Mississippi | *VIA PERSONAL SERVICE*<br>C. T. Corporation System<br>645 Lakeland Drive East Dr., Ste 101<br>Flowood, MS 39232 |

Copies of the accompanying proofs of service are attached hereto.

Dated:  May 29, 2020                                    Respectfully submitted,


By:  _____/s/ Amelia S. McGowan_____
           Amelia S. McGowan

MISSISSIPPI CENTER FOR JUSTICE
5 Old River Place, Suite 203 (39202)
P. O. Box 1023
Jackson, Mississippi 39215

OF COUNSEL:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Leo P. Cunningham
Ralitza S. Dineva
Sean Killeen
650 Page Mill Road
Palo Alto, California 94304-1050

INTERNATIONAL HUMAN RIGHTS LAW CLINIC, UNIVERSITY OF CALIFORNIA BERKELEY
Roxanna Altholz
489 Simon Hall,
Berkeley, California 94720

*Attorneys for Applicants*
*Laura Zúniga Cáceres, Bertha Zúniga*
*Cáceres, and Salvador Zúniga Cáceres*