START    COPINH    RELEASES    NEWS    BERTA CÁCERES    UTOPIA    SUPPORT COPINH    ENGLISH    SOLIDARIT



# COPINH
Consejo Cívico de Organizaciones Populares e Indígenas de Honduras



Berta Cáceres     Cause Berta Cáceres     Featured     Multimedia

## Update CAUSE BERTA CÁCERES

📅 05/27/2020    👤 COPINH

  



### Listen to our Radios

Radio Guarajambala
0:00

Radio La Voz Lenca
0:00 / 0:00

### Twitter

Tweets by @COPINHHONDURAS

**COPINH**
@COPINHHONDURAS

#MAÑANA Las compañeras de Paso a Paso nos invitan a ser parte de la red de energía #JusticiaParaBerta

A 51 meses del crimen contra nuestra compañera, seguimos exigiendo justicia y cárcel para todos los autores intelectuales de este crimen

Exijamos juntxs #CapturaALosAtalaZablah

Insertar     Ver en Twitter

### Historical Blogs

Access to historical content created by COPINH on other sites:

copinhonduras.blogspot.com
copinhenglish.blogspot.com



START    COPINH    RELEASES    NEWS    BERTA CÁCERES    UTOPIA    SUPPORT COPINH    ENGLISH    SOLIDARIT











Listen and Download Radio Novel



Book "Las Revolución de Berta" to DOWNLOAD

TO READ OR DOWNLOAD CLICK ON THE IMAGE

Sowing VOICES 2020 









2020 fundraising campaign to support community radio stations in Honduras, Guatemala and Mexico

Berta Cáceres Cause



Click and join the channel



#VerdadDeLaCausaBerta



START   COPINH   RELEASES   NEWS   BERTA CÁCERES   UTOPIA   SUPPORT COPINH   ENGLISH   SOLIDARIT





Book "HEALING is RESISTING" - COPINH -



← Mandatory mask use law: a class and authoritarian law

PUBLIC MANIFESTO (# 11 - May 2020) →

Hope, Intibucá. Honduras.

   

Infrastructure and Development: SouthCode

