# Judiciary extends suspension of work at the national level

By **Lorena Martinez** - May 4, 2020



*Judges and magistrates with pending acts and sentences must go to work one day a week.*

**TEGUCIGALPA, HONDURAS.** Because yesterday, Sunday, May 3, the Security Secretariat reported the extension of the curfew until May 17, the Judiciary also determined to extend the term of suspension of work at its headquarters nationwide.

ADVERTISING



# EXHIBIT 3

Through an agreement, the magistrates of the Supreme Court of Justice ( **CSJ** ) resolved that the suspension of work for judicial employees will begin this Monday, May 4, and end on Sunday, May 17.

In their document, they justified that the objective of that provision is that the officials remain in their homes. In that sense, those days are declared **unfit** for the purposes of action and procedural deadlines.

The foregoing will be suspended until next Monday, May 18 and without prejudice to the fact that, in accordance with the legal regulation of each matter, each Court, Tribunal or Court may enable them in the cases they deem necessary, provided that they do not exceed the limits of prevention and responsibility, on the occasion of the pandemic.



Poder Judicial HN
@PJdeHonduras

Presidencia de #CSJ emite instrucciones de trabajo y servicios que se estarán prestando del día lunes 4 de mayo al domingo 17 de Mayo del presente año en el Poder Judicial en el marco del Estado de Excepción a causa de la pandemia del Coronavirus Covid-19 drive.google.com/file/d/1V7RWwI…

15   16:03 - 3 may. 2020

Ver los otros Tweets de Poder Judicial HN

**Also read -**  *COVID-19: Six more deaths in Honduras; number of cases increases to 1,055*

## Set terms

According to the agreement of the Judiciary, while the state of emergency is in force by COVID-19, they will work under the terms set forth in the following paragraphs:



- The Courts of Appeals
- Courts of Letters
- Sentencing Courts
- Execution Courts
- Courts of Peace, for the attention of constitutional, criminal, labor, childhood and adolescence, family and domestic violence matters
- Public Defense
- Authentic Unit
- Notary Comptroller
- General Supervision of the Judiciary
- Judicial School
- Security and surveillance body of the institution
- And, other technical and administrative personnel that are strictly necessary; owing, the judicial servants who have to work in shifts or by call.

## Magistrates and judges must go to their offices

On the other hand, the Judicial Power in its agreement number 28-2020 also ordered that, while it returns to normal in the judicial work, the magistrates and judges, at
all levels of the jurisdictional structure, and of all matters that have orders definitive and / or sentences pending to be drafted, must continue to go to their offices.

This should be at least one day a week, between Monday and Friday, with all the relevant biosecurity measures.

In addition, they are obliged to work behind closed doors in said judicial resolutions, giving priority to those cases with greater seniority; without prejudice to the progress in the work that they can achieve at home.

Lo dispuesto en el numeral anterior, en cuanto a realizar labores en la oficina a puerta
cerrada, no será aplicable para los magistrados de Cortes de Apelaciones, Jueces de Letras y Jueces de Sentencia, cuyas sedes se encuentren ubicadas en el departamento de Cortés, o en los municipios de El Progreso, departamento de Yoro, y Las Vegas, departamento de
Santa Barbara.

Es oportuno mencionar que lo antes expuesto tendrá excepción solo cuando dichos funcionarios consideren urgente acudir a sus respectivos despachos; ello, teniéndose en cuenta los niveles elevados de contagio y propagación del COVID-19, actualmente registrados en esas regiones del territorio nacional.

◆ Suscríbete gratis a más información sobre el #COVID-19 en nuestro WhatsApp haciendo clic en el enlace: bit.ly/whatsapptiempo



6/4/2020 Case 1:19-mc-00405-KS-RHW Document 43-3 Filed 06/05/20 Page 4 of 4
Judiciary extends suspension of work at the national level

4/4

