**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: EX PARTE APPLICATION OF**
**LAURA ZUNIGA CACERES, BERTHA**
**ZUNIGA CACERES, AND SALVADOR**
**ZUINIGA CACERES FOR ASSISTANCE**          **CASE NO. 1:19-mc-00405-KS-RHW**

**ORDER**

This cause comes before the Court on Ms. Romero-Baca's Motion for Stay Pending Appeal (Expedited Consideration Requested) [43]. On May 18, 2020, the Court entered an Order [39], granting an Application for discovery for use in a foreign tribunal pursuant to 28 U.S.C. § 1782. The Order requires that the documents be produced to the undersigned first for an in camera review. Also, in compliance with the Order, Applicants filed the Consent of Victor Fernandez Guzman to District Court's Jurisdiction for Enforcement of Protective Order [40-1] and issued the subpoena to Hancock Whitney Bank [41-1], which requires that the document be produced to the undersigned on or before June 20, 2020.

On June 5, 2020, Ms. Romero-Baca filed a Notice of Appeal [42] and the Motion for Stay [43], requesting expedited review. The Court finds that justice is best served by ruling on the request for a stay prior to the documents being produced. Therefore, the Court grants expedited review to the extent that an expedited briefing schedule is warranted.

Therefore, it is hereby ORDERED that **Applicants shall file any response, in compliance with the local rules, to the Motion for Stay on or before June 15, 2020**, and that **Ms. Romero-Baca shall file a reply, if any, on or before June 17, 2020**.

SO ORDERED AND ADJUDGED this 10th day of June 2020.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE