# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 20-60463
_____

In Re:  Ex Parte Application of Laura Zuniga Caceres, Bertha Zuniga Caceres, and Salvador Zuniga Caceres for Assistance before a Foreign Tribunal


TANYA ROMERO-BACCA

  Appellant

v.

LAURA ZUNIGA CACARES; BERTHA ZUNIGA CACARES; SALVADOR ZUNIGA CACARES,

  Appellees

_____

Appeal from the United States District Court
for the Southern District of Mississippi
_____

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that appellant's opposed motion for stay pending appeal is GRANTED pending further order of the court.