# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-60463   In re: Ex Parte Application
                       USDC No. 1:19-MC-405

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Allison G. Lopez, Deputy Clerk
                             504-310-7702

Mr. Leo Patrick Cunningham
Ms. Ralitza S. Dineva
Mr. Arthur S. Johnston III
Mr. Sean Killeen
Ms. Amelia McGowan
Ms. Norma Carr Ruff
Mr. Bertis Wayne Williams