IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF LAURA ZÚNIGA CÁCERES, BERTHA ZÚNIGA CÁCERES, AND SALVADOR ZÚNIGA CÁCERES FOR ASSISTANCE BEFORE A FOREIGN TRIBUNAL | CASE NO.: 1:19-mc-00405-KS-RHW |

### STIPULATION TO CORRECT RECORD ON APPEAL

It is hereby stipulated and agreed by the parties pursuant to Fed. R. App. P. 10 (e) (2) (A) that the Record on Appeal filed in Case No. 20-60463 is incomplete and should be supplemented to include the following:

1. Response in Opposition to Motion to Stay Proceedings Pending Appeal [Doc. 46];

2. Reply to Response in Opposition to Motion to Stay Proceedings Pending Appeal [Doc. 47]; and

3. Order Denying Motion to Stay Proceedings [Doc. 48].

RESPECTFULLY SUBMITTED, on this the 1st day of July, 2020.

| | |
|---|---|
| /s/ Amelia S. McGowan | /s/ Norma Carr Ruff |
| AMELIA S. MCGOWAN, MSB 103610 | NORMA CARR RUFF, MSB 5721 |
| MISSISSIPPI CENTER FOR JUSTICE | WEBB SANDERS & WILLIAMS, P.L.L.C. |
| P.O. BOX 1023 | 363 NORTH BROADWAY |
| JACKSON, MISSISSIPPI 39215 | POST OFFICE BOX 496 |
| amcgowan@mscenterforjustice.org | TUPELO, MISSISSIPPI 38802 |
| Attorneys for Applicants, Laura Zúniga Cáceres, Bertha Zúniga Cáceres, and Salvador Zúniga Cáceres | TELEPHONE: (662) 844-2137 |
| | nruff@webbsanders.com |
| | Attorneys for Interested Party, Tanya Romero-Baca |