# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 02, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-60463   In re: Ex Parte Application
                  USDC No. 1:19-MC-405

The court has granted appellant's motion to supplement the record in this case.  The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion.  Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

Mr. Leo Patrick Cunningham
Ms. Ralitza S. Dineva
Mr. Arthur S. Johnston III
Mr. Sean Killeen
Ms. Amelia McGowan
Ms. Norma Carr Ruff
Mr. Bertis Wayne Williams