# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 20-60463

_____

**A True Copy**
**Certified order issued Jul 08, 2020**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

In Re: Ex Parte Application of Laura Zuniga Caceres, Bertha Zuniga Caceres, and Salvador Zuniga Caceres for Assistance before a Foreign Tribunal

TANYA ROMERO-BACCA

      Appellant

v.

LAURA ZUNIGA CACARES; BERTHA ZUNIGA CACARES; SALVADOR ZUNIGA CACARES,

      Appellees

_____

Appeal from the United States District Court
for the Southern District of Mississippi

_____

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' opposed motion to dismiss this appeal for lack of jurisdiction is GRANTED. This appeal is DISMISSED.

    IT IS FURTHER ORDERED that appellant's motion to stay pending appeal, appellees' motion for reconsideration, and all motions to expedite are DENIED as MOOT.