# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2020

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 20-60463   In re: Ex Parte Application
                        USDC No. 1:19-MC-405

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

cc:
    Ms. Roxanna Altholz
    Mr. Leo Patrick Cunningham
    Ms. Ralitza S. Dineva
    Mr. Sean Killeen
    Ms. Amelia McGowan
    Ms. Norma Carr Ruff
    Mr. Bertis Wayne Williams