IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF<br>LAURA ZUNIGA CACERES, BERTHA<br>ZUNIGA CACERES, AND SALVADOR<br>ZUINIGA CACERES FOR ASSISTANCE | CASE NO. 1:19-mc-00405-KS-RHW |

## ORDER TO CLOSE CASE

This cause comes before the Court *sua sponte* upon review of the docket in this matter. On September 24, 2020, the Court entered its final Order of disposition in this matter. [55]. There being no more business before the Court, the Clerk is directed to close this case.

SO ORDERED AND ADJUDGED this 29th day of December 2021.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE